SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
EDMOND NEAL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDMOND NEAL,<br>Plaintiff,<br>vs.<br>FRUGAL PHIL'S FRAME FACTORY OUTLET, LLC; OUR ELCO LLC; and DOES 1 to 10,<br>Defendants. | **Case No.: 2:24-cv-07247-DDP (MARx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FRUGAL PHIL'S FRAME FACTORY OUTLET, LLC** |

**PLEASE TAKE NOTICE** that Plaintiff EDMOND NEAL (“Plaintiff”) pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant FRUGAL PHIL'S FRAME FACTORY OUTLET, LLC; (“Defendant”) pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

(1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: September 5, 2024 SO. CAL. EQUAL ACCESS GROUP

By: *___/s/ Jason J. Kim___*
Jason J. Kim
Attorneys for Plaintiff